# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v. )<br>)<br>ADAM MACK, )<br>)<br>DEFENDANT ) | CRIMINAL NO. 2:12-CR-139-DBH |

## ORDER ON DEFENDANT'S MOTION FOR RETURN OF PASSPORT

The Probation Officer has informed the Court that the State Department states that it mailed the defendant his passport on May 26, 2017. Accordingly, the motion is **MOOT**.

**SO ORDERED.**

**DATED THIS 31ST DAY OF MAY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**